STATE OF ILLINOIS )
)
COUNTY OF )
Vermilion

## AFFIDAVIT

I Kubik, James #N14367 do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

- I was a student with Eddie Willis in Horticulture class at Danville CC.
- Eddie Willis was/is a good student, knowledgeable and artistic. Plus willing to learn and work.
- Eddie Willis had to endure ridicule from the other students on a daily basis.
- I don't feel like Eddie Willis had anybody to turn to, in terms of an authority figure to help him with the daily problems which plagued him while assigned to horticulture class.
- One day Eddie was no longer assigned to Horticulture class and I can say I never seen Eddie Willis do anything wrong to be ousted from the Horticulture class.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 21st day of May 2014

James Kubik N-14367
James Kubik N14367                        Affiant

STATE OF ILLINOIS

COUNTY OF VERMILLION

## AFFIDAVIT

I Michael Foster do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

1). While I was in horticulture class Eddie Willis was a student

2). The other students made fun of him not having fingers

3). Other students said he was gay, and constantly harassed him about it.

4). Instructor Scott laughed at Eddie along with the other students

5). The students I make reference to ~~where~~ were ~~~~ Douglas, Stoner, Hanson, and Cole

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed this 18th day of July 2013.

_Michael Foster_                    _Michael_
                                    Affiant