# Unofficial Grade Report
## Danville Area Community College
## Danville Correctional Center

Monday, May 12, 2014

**Eddie   Willis       R17208**

*DACC Student #:*   0125589

**Program:**

| Year | Module | Class Name | Grade |
|---|---|---|---|
| 1 | | | |

**Program:** Academic

| # | Year | Module | Class Name | Grade |
|---|---|---|---|---|
| 1 | 2010 | 4. Spring-2 | SPCH 101 Oral Communications | A |
| 2 | 2010 | 5. Summer | HIST111 Western Civilization I | B |
| 3 | 2011 | 1. Fall-1 | SPCH 102 Public Speaking | B |
| 4 | 2011 | 4. Spring-2 | ENGL 121 Communications Skills | B |
| 5 | 2011 | 5. Summer | LITR 109 The Bible as Literature | B |
| 6 | 2012 | 1. Fall-1 | PHIL 104 World Religions | A |
| 7 | 2012 | 3. Spring-1 | PHIL 103 Ethics | C |
| 8 | 2012 | 3. Spring-1 | POLI 150 American Government | A |
| 9 | 2012 | 4. Spring-2 | HIST 112 Western Civilization II | A |
| 10 | 2012 | 5. Summer | ENGL 101 Rhetoric and Composition I | A |
| 11 | 2012 | 5. Summer | HIST 160 History of Illinois | A |
| 12 | 2013 | 1. Fall-1 | ENGL 102 Rhetoric and Composition II | A |
| 13 | 2013 | 2. Fall-2 | POLI 160 International Relations | A |
| 14 | 2013 | 4. Spring-2 | HIST 152 History of US since 1865 | A |

*(handwritten annotation: "DIFFERENT INSTRUCTORS" with circle around academic entries)*

**Program:** Custodial Maintenance

| # | Year | Module | Class Name | Grade |
|---|---|---|---|---|
| 1 | 2014 | 1. Fall-1 | CUST 105 Intro to Environmental Services | A |

**Program:** Horticulture

| # | Year | Module | Class Name | Grade |
|---|---|---|---|---|
| 1 | | | HORT 101 Introduction to Horticulture | |
| 2 | | | HORT 114 Turfgrass Management | |
| 3 | | | HORT 132 Soils | |
| 4 | | | HORT 239 Nursery Operations | |
| 5 | 2013 | 3. Spring-1 | HORT 124 Landscape Plant Maintenance | B |
| 6 | 2013 | 3. Spring-1 | HORT 126 Landscape Plant Identification | A |
| 7 | 2013 | 4. Spring-2 | HORT 191 Pest Control | A |
| 8 | 2013 | 4. Spring-2 | HORT 234 Greenhouse Operations | A |
| 9 | 2013 | 5. Summer | HORT 282 Landscape Design & Installation | A |