[Return address:] 2600 East Main Street, Danville, IL 61834, Danville Correctional Center

LEGAL MAIL

Clerk of Court
218 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

LEGAL MAIL